FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 DEC -2 PM 2:35

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3343 Eric Cabrera, Plaintiff, v. eMortgage Funding LLC, Defendant. MOTION FOR ENTRY OF DEFAULT I, Eric Cabrera, plaintiff pro se, ask the Clerk to enter default under Fed. R. Civ. P. 55(a) against eMortgage Funding LLC. Facts: - Summons and complaint personally served on Defendant 30 Oct 2025 at 888 Big Beaver Rd., Troy, MI-qualified staff signed (Exhibit A, return-of-service). - Deadline to answer: 20 Nov 2025. - Twelve days later-no answer, no motion, no extension. - Default is automatic. I request: 1. Entry of default against eMortgage Funding LLC. 2. Clerk's notice mailed to Defendant at Troy address. 3. Such other relief as the Court deems proper.

Dated: 2 Dec 2025

/s/ Eric Cabrera

12/2/25

Eric Cabrera, Pro Se 1312

Snowshoe Ct Woodland Park, CO 80863 719-966-9006

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* eMortgage fonding LLC
was received by me on *(date)* ________ .

☒ I personally served the summons on the individual at *(place)* eMortgage fonding LLC 888 Big Beaver Road #720 Gossell Manson on *(date)* 10-30-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

[signature]
*Server's signature*

Marcell Younger - Process Server
*Printed name and title*

________
*Server's address*

Additional information regarding attempted service, etc:

Exhibit "A"